John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
Alejandro Marin (SBN 329185)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Facsimile: 310-507-7906
*john@kristensenlaw.com*
*jesenia@kristensenlaw.com*
*alejandro@kristensenlaw.com*

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LARRY G. PHILPOT, an individual, | Case No.: 2:20-cv-04801-RSWL-PVC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| FUNNY OR DIE MEDIA, INC., a Delaware Corporation, | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
– 1 –

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Larry G. Philpot and Defendant Funny or Die Media, Inc., hereby stipulate to the voluntary dismissal of this lawsuit with prejudice. All costs and attorney's fees will be paid by the party incurring the same.

Dated: April 28, 2021                    **KRISTENSEN LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ John P. Kristensen*
　　　　　　　　　　　　　　　　　　　　John P. Kristensen
　　　　　　　　　　　　　　　　　　　　Jesenia A. Martinez
　　　　　　　　　　　　　　　　　　　　Alejandro Marin
　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***

Dated: April 28, 2021                    **DAVIS WRIGHT TREMAINE LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan Segal* (with permission)
　　　　　　　　　　　　　　　　　　　　Jonathan Segal
　　　　　　　　　　　　　　　　　　　　***Attorneys for Defendant***

## LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

The undersigned attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

　　　　　　　　　　　　　　　　　　　　*/s/ John P. Kristensen*
　　　　　　　　　　　　　　　　　　　　John P. Kristensen

## CERTIFICATE OF SERVICE

     I certify that on April 28, 2021, the foregoing document titled **STIPULATION OF DISMISSAL WITH PREJUDICE** was served via CM/ECF upon all participants of record, including the parties listed below pursuant to Federal Rule of Civil Procedure 5:

Jonathan Segal
Camila Pedraza
**DAVIS WRIGHT TREMAINE LLP**
865 South Figueroa Street, Floor 24
Los Angeles, CA 90017
Email: jonathansegal@dwt.com
       camilapedraza@dwt.com

*Counsel for All Defendants*

                                */s/ John P. Kristensen*
                                 John P. Kristensen